IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CHARLES A. ARAGON, *et al.*,

   Plaintiffs,

v.                                                                                                                  Civ. No. 11-0147 RB/ACT

SANDIA CORPORATION  PENSION SECURITY PLAN,

   Defendant.

## MEMORANDUM OPINION AND ORDER

Plaintiffs appeal the ruling of the magistrate judge on a discovery matter in their timely filed objections, *see* Doc. 25. The standard of review of a magistrate judge's order is set forth in 28 U.S.C. § 636. As to nondispositive pretrial matters, the district court reviews the magistrate judge's order under a "clearly erroneous or contrary to law" standard of review. *Ocelot Oil Corp. v. Sparrow Industries*, 847 F.2d 1458, 1461-62 (10th Cir. 1988) (citing 28 U.S.C. § 636(b)(1)(A)).

The Court has reviewed the magistrate judge's Memorandum Opinion and Order [Doc. 23] and the Plaintiffs' objections thereto and finds that the ruling is neither clearly erroneous nor contrary to law. Accordingly, the Court finds that the magistrate judge's denial of limited discovery in this matter will be upheld.

IT IS SO ORDERED.

                                                                           Robert C. Brack
                                                                           United States District Judge